# Exhibit A-3

CONTAINS NONPUBLIC DIGITAL INFORMATION

**MAINE JUDICIAL BRANCH**

| Raymond King | Plaintiff | "X" the court for filing: |
| --- | --- | --- |
| | | ☒ Superior Court ☐ District Court |
| V. | | County: Cumberland |
| | | Location (Town): _____ |
| Patriot Insurance & Frankenmuth Insurance | Defendant | Docket No.: _____ |

## ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT OR POST-JUDGMENT MOTION
M.R. Civ. P. 4(c)(1)

### NOTICE

Please sign the acknowledgment below and return this form in the enclosed self-addressed stamped envelope so it will be received by the sender within 20 days from the day it was mailed to you. If you do not do this, you may be required by the Court to pay for the cost of serving the Summons and Complaint or Post-Judgment Motion on you.
**(Keep one copy of this form and the copy of the Complaint or Motion for your records.)**

### STATEMENT

By signing, dating and returning this form, I state that I received a copy of the Summons and Complaint or a copy of the Post-Judgment Motion and that:

**AS TO ALL CIVIL COURT CASES, INCLUDING DIVORCE, JUDICIAL SEPARATION AND PARENTAL RIGHTS & RESPONSIBILITES**, I understand that if I do not file an answer to the Complaint or an objection to the Motion within the time limits established by statute or court rule and appear at all court conferences and hearings, then a judgment may be entered against me in my absence, and Plaintiff or the moving party may request that other orders be entered against me.

**AS TO DIVORCE, JUDICIAL SEPARATION, AND PARENTAL RIGHTS & RESPONSIBILITIES CASES**, I understand that if I do not want to file an Answer to the Complaint, but I do want to be heard on issues of parental rights and responsibilities regarding my children, alimony, support, counsel fees and division of marital and non-marital property, I must file an Entry of Appearance form and appear at all court conferences and hearings. I may file an Answer and Counterclaim (Forms FM-186/FM-187) to a divorce or parental rights and responsibilities' complaint. If I intend to file an Answer and Counterclaim, I understand it must be filed within 20 days of being served with the complaint. You can get an Answer and Counterclaim at any District Court or at www.courts.maine.gov.

Date (mm/dd/yyyy): 04/21/2021  4/30/21

Signature: [signature]

Printed Name: Sarah Hall, Esq.
☐ Attorney for: Defendants
Bar No. (if applicable): 8734
Address: The Bennett Law Firm
75 Market Street, Suite 201
Portland, ME 04101
Phone: (207) 773-4775
Email: shall@thebennettlawfirm.com

**IMPORTANT WARNING:** You are responsible for notifying the court clerk of any changes to your address and telephone number. If you do not inform the clerk of any changes to either your address or telephone number, it may not be possible for you to get notices of court conferences and hearings.

**ADA Notice:** The Maine Judicial Branch complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation contact the Court Access Coordinator, accessibility@courts.maine.gov or a court clerk.
**Language Services:** For language assistance and interpreters, contact a court clerk or interpreters@courts.maine.gov.

CV-FM-036, Rev. 02/21                    Page 1 of 1                    www.courts.maine.gov
Acknowledgment of Receipt of Summons and
Complaint or Post-Judgment Motion