# UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

RAYMOND KING,

               Plaintiff

v.

FRANKENMUTH INSURANCE,

               Defendant.

Civil Action No.: 2:21-cv-00138-JDL

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a), the undersigned parties hereby stipulate to the dismissal of this case with prejudice, without rights of appeal, and without costs awarded.

SO STIPULATED:

Dated:  February 11, 2022

   /s/ Pawel Z. Binczyk
Pawel Z. Binczyk, Esquire
pbinczyk@thebennettlawfirm.com
Peter Bennett, Esquire
pbennett@thebennettlawfirm.com
Attorneys for Defendant Frankenmuth Insurance
THE BENNETT LAW FIRM, P.A.
75 Market Street, Suite 201
Portland, ME  04101
(207) 773-4775

and

Dated:  February 11, 2022

   /s/ Guy D. Loranger
Guy D. Loranger, Esquire
guy@lorangerlaw.com
Attorney for Plaintiff Raymond King
LAW OFFICE OF GUY D. LORANGER
1 Granny Smith  Court, Suite 3
Old Orchard Beach, ME  04064
(207) 937-3257

B0121756.1

2

## **CERTIFICATE OF SERVICE**

      I, Pawel Z. Binczyk, hereby certify that on February 11, 2022, I filed the foregoing via the Court's CM/ECF system.  The CM/ECF system will provide service of such filing(s) via Notice of Electronic Filing (NEF) to all counsel of record.


          /s/ Pawel Z. Binczyk
          Pawel Z. Binczyk